# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>Suzie CHORN,<br><br>　　　　　　　　Defendant. | Case No.: '25 MJ3867<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 21 U.S.C. §§ 952 and 960<br>Importation of a Controlled Substance<br>(Felony) |

The undersigned complainant being duly sworn states:

On or about July 12, 2025, within the Southern District of California, defendant, Suzie CHORN did knowingly and intentionally import 5 kilograms and more, to wit: approximately 49.38 kilograms (108.86 pounds), of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Probable Cause Statement incorporated herein by reference.

_____
Task Force Officer Raul Fuchs
Homeland Security Investigations

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 14th day of July 2025.

_____
Hon. Mchelle M. Pettit
United States Magistrate Judge

## PROBABLE CAUSE STATEMENT

I, HSI Task Force Officer Raul Fuchs, declare under penalty of perjury, the following is true and correct:

On July 12, 2025, at approximately 6:15 PM, Suzie CHORN ("CHORN"), a United States citizen, applied for entry into the United States from Mexico through vehicle lane #28 at the San Ysidro POE. CHORN was the driver and sole occupant of a 2017 Honda CRV ("the vehicle") bearing California license plates.

A Customs and Border Protection Officer received two negative Customs declarations from CHORN. CHORN stated she was crossing the border to go to San Bernardino, California. CHORN was referred to secondary inspection due to an automatic generated computer alert.

A CBPO operating the Z-Portal X-ray machine detected anomalies in the rear cargo area of the vehicle.

A Canine Enforcement Team was conducting inspection operations when the Human and Narcotic Detection Dog alerted to the rear cargo area of the vehicle.

Further inspection of the vehicle resulted in the discovery of 41 packages concealed in a non-factory compartment in the rear cargo area of the vehicle with a total approximate weight of 49.38 kgs (108.86 lbs). A sample of the substance contained within the packages field tested positive for the characteristics of cocaine.

CHORN was placed under arrest at approximately 9:35 PM.

1

During a post-Miranda interview, CHORN denied knowledge that the narcotics were in the vehicle. CHORN admitted to being paid $3000 USD for driving the vehicle across the border

CHORN was arrested and charged with violation of Title 21, United States Code, Sections 952 and 960, importation of a controlled substance.

Executed on July 13, 2025, at 02:30 AM

*Raul Fuchs*

Raul Fuchs, HSI Task Force Officer

On the basis of the facts presented in this probable cause statement consisting of two pages, I find probable cause to believe the defendant, Suzie CHORN, named in this probable cause statement, committed the offense on July 12, 2025, in violation of Title 21, USC, Sections 952 and 960, Unlawful Importation of a Controlled Substance.

*Michelle M. Pettit*                    July 13, 2025 / 9:47 p.m.

Hon. Michelle M. Pettit              Date/Time
United States Magistrate Judge

2